IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST QUALITY TISSUE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>IRVING CONSUMER PRODUCTS LIMITED and IRVING CONSUMER PRODUCTS, INC.,<br><br>Defendants. | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT OF FIRST QUALITY TISSUE, LLC

Pursuant to Rule 7.1 of Federal Rules of Civil Procedure, First Quality Tissue, LLC states that it is 100% owned by FQT Holding Company, LLC and there is no publicly held corporation owning 10% or more of its stock.

Dated: March 1, 2019

FISH & RICHARDSON P.C.

/s/ *Warren K. Mabey, Jr.*
Warren K. Mabey, Jr. (No. 5775)
Nitika Gupta Fiorella (No. 5898)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: 302-652-5070
Facsimile  302-652-0607
Email:  mabey@fr.com

Edmond R. Bannon
Ron Vogel
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile:  (212) 258-2291
Email:  bannon@fr.com

*Attorneys for Plaintiff*
*First Quality Tissue, LLC*