# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO UK FINCO LIMITED PARTNERSHIP, <br><br> Defendant. | C.A. No. _____ |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Endo Pharmaceuticals Inc. hereby discloses, by and through its undersigned counsel, that Endo International plc is the parent of Endo Pharmaceuticals Inc., and is also the only publicly held company that owns 10% or more of Endo Pharmaceuticals Inc.'s stock.

*Of Counsel:*

Daniel G. Brown
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
daniel.brown@lw.com

Kenneth G. Schuler
Marc N. Zubick
Sarah W. Wang
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7000

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Katharine L. Mowery (#5629)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
mowery@rlf.com

*Attorneys for Plaintiff Endo Pharmaceuticals Inc.*

kenneth.schuler@lw.com
marc.zubick@lw.com
sarah.wang@lw.com

Jennifer Koh
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
jennifer.koh@lw.com

Dated: March 1, 2019