# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

SHOPIFY INC. AND SHOPIFY (USA), INC.

    Plaintiffs,

v.

EXPRESS MOBILE, INC.

    Defendant.

Case No. _____

## PLAINTIFFS SHOPIFY INC. AND SHOPIFY USA INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Shopify Inc. and Shopify (USA), Inc. make the following disclosure:

Shopify (USA), Inc. is a wholly-owned subsidiary of Shopify Inc. Shopify Inc. is a public corporation with no parent corporation. Fidelity Management & Research Company owns 10% or more of Shopify Inc.'s stock.

Dated: March 1, 2019

OF COUNSEL:

Adam R. Brausa
Timothy C. Saulsbury
Vera Ranieri
Whitney R. O'Byrne
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 362-6666
abrausa@durietangri.com
tsaulsbury@durietangri.com
vranieri@durietangri.com
wobyrne@durietangri.com

McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Fl.
Wilmington, DE 19801
Tel: (302) 984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Shopify Inc. and Shopify (USA), Inc.*