IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) ) ) |

**<u>PLAINTIFFS' FED. R. CIV. P. 7.1 STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs BioDelivery Sciences International, Inc. ("BDSI") and Arius Two, Inc. ("Arius") file this Disclosure Statement.

Plaintiff BDSI states that it is a publically held corporation organized and existing under the laws of the State of Delaware. BDSI has no parent corporation, nor is 10% or more of the stock owned by any publically held corporation or entity.

Plaintiff Arius states that it is a wholly owned subsidiary of parent company BDSI.

- 2 -

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Jeremy A. Tigan*
                              Jack B. Blumenfeld (#1014)
                              Jeremy A. Tigan (#5239)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE 19899-1347
                              (302) 658-9200
                              jblumenfeld@mnat.com
OF COUNSEL:                    jtigan@mnat.com
                                  *Attorneys for Plaintiffs*

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Jennifer S. Swan
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
(650) 849-6600

Howard W. Levine
Krista E. Bianco
Thomas J. Sullivan
Michael R. Galgano
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

March 1, 2019