# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOVEREIGN PEAK VENTURES, LLC | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | **SOVEREIGN PEAK VENTURES,** |
| | ) | **LLC'S RULE 7.1 CORPORATE** |
| ANKER INNOVATIONS TECHNOLOGY | ) | **DISCLOSURE STATEMENT** |
| CO., LTD., ANKER TECHNOLOGY | ) | |
| CORPORATION, ANKER NORTH | ) | |
| AMERICA, LLC, AND ANKER USA, INC, | ) | |
| | ) | |
| Defendants. | | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Sovereign Peak Ventures, LLC states that it is a wholly owned subsidiary of Monument Patent Holdings, LLC, a non-public entity. No publicly held corporation owns 10% or more of its stock.

Dated: April 10, 2019

Respectfully submitted,

/s/ Stamatios Stamoulis
Stamatios Stamoulis
stamoulis@swdelaw.com
Rich Weinblatt
weinblatt@swdelaw.com
STAMOULIS & WEINBLATT, LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
 (302) 999-1540

OF COUNSEL

M. Elizabeth Day (pro hac vice forthcoming)
eday@feinday.com
Marc Belloli (pro hac vice forthcoming)

mbelloli@feinday.com
FEINBERG DAY ALBERTI LIM &
BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA. 94025
650 618-4360