IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| AMNEAL PHARMACEUTICALS LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, plaintiff states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jack B. Blumenfeld* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Megan E. Dellinger (#5739) |
| Wendy L. Devine | 1201 North Market Street |
| Kristina M. Hanson | P.O. Box 1347 |
| WILSON SONSINI GOODRICH & ROSATI | Wilmington, DE 19899 |
| One Market Plaza, Spear Tower, Suite 3300 | (302) 658-9200 |
| San Francisco, CA 94105 | jblumenfeld@mnat.com |
| (415) 947-2000 | mdellinger@mnat.com |
|  |  |
| Natalie J. Morgan | *Attorneys for Plaintiff Silvergate* |
| WILSON SONSINI GOODRICH & ROSATI | *Pharmaceuticals, Inc.* |
| 12235 El Camino Real, Suite 200 |  |
| San Diego, CA 92130-3002 |  |
| (858) 350-2300 |  |
|  |  |
| Jamie Y. Otto |  |
| WILSON SONSINI GOODRICH & ROSATI |  |
| 650 Page Mill Road |  |
| Palo Alto, CA 94304 |  |
| (650) 943-9300 |  |

April 11, 2019