**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| LEADING TECHNOLOGY COMPOSITES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MV2, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. _____ <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) |

**LEADING TECHNOLOGY COMPOSITES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Leading Technology Composites, Inc. states as follows: Leading Technology Composites is a wholly-owned, privately-held corporation.

Dated: April 12, 2019

Of Counsel:

Jesse J. Camacho
Mary Jane Peal
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jcamacho@shb.com
mpeal@shb.com

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, Delaware 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*
*Leading Technology Composites, Inc.*