IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KALEO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| ADAMIS PHARMACEUTICALS CORP., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF KALEO, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Plaintiff kaleo, Inc. hereby states that (i) kaleo, Inc. is a privately-held corporation and has no parent corporation and (ii) Tredegar Corporation owns 10% or more of the stock of kaleo, Inc.

OF COUNSEL:

Erik B. Milch
COOLEY LLP
11951 Freedom Drive
Reston, VA  20190
(703) 456-8000

Ellen Scordino
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA  02116
(617) 937-2300

Susan Krumplitsch
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304
(650) 843-5000

May 16, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jlyons@mnat.com

*Attorneys for Plaintiff*