# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| BARCO NV and BARCO, INC.<br><br>　　　Plaintiffs,<br><br>v.<br><br>SAHARA PRESENTATION SYSTEMS, INC. AND SAHARA PRESENTATION SYSTEMS PLC,<br><br>　　　Defendants. | No. _____<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Barco NV and Barco, Inc. jointly file this Corporate Disclosure Statement and respectfully states as follows:

Barco, Inc. is a Delaware corporation and a wholly-owned subsidiary of Barco NV.

Barco NV has no parent company and no publicly held corporation owns 10% or more of Barco NV's stock.

Dated: June 10, 2019

**K&L GATES LLP**

/s/ Steven L. Caponi
Steven L. Caponi (#3484)
Matthew B. Goeller (#6283)
600 N. King St., Suite 901
Wilmington, DE 19801
Phone: 302.416.7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Counsel for Plaintiffs Barco NV and Barco, Inc.*