# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| R3 LLC ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> O(1) LABS OPERATING ) <br> CORPORATION AND O(1) LABS, LLC ) <br> ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. _____ <br><br> JURY TRIAL DEMANDED |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff R3 LLC, by their attorneys, Drinker Biddle & Reath, LLP, for their Statement Pursuant to Fed. R. Civ. P. 7.1, make the following disclosure:

R3 LLC states that it is not a publicly held corporation. R3 LLC is wholly owned by R3 Holdco LLC. No publicly held corporation owns 10% or more of R3 Holdco LLC's stock.

Date: October 24, 2019

/s/ *Keith A. Walter*
Keith A. Walter (#4157)
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
keith.walter@dbr.com

Of Counsel:

*Attorney for Plaintiff*

Robert E. Cannuscio
DRINKER BIDDLE & REATH LLP
1 Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700
robert.cannuscio@dbr.com