IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. _____ |
| | ) |
| MSN LABORATORIES PRIVATE LIMITED | ) |
| and MSN PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

**<u>PLAINTIFF'S 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Exelixis, Inc. certifies that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jack B. Blumenfeld* |
| OF COUNSEL: | _____ |
|  | Jack B. Blumenfeld (#1014) |
| William F. Lee | Anthony D. Raucci (#5948) |
| Lisa J. Pirozzolo | 1201 North Market Street |
| Emily R. Whelan | P.O. Box 1347 |
| WILMER CUTLER PICKERING | Wilmington, DE  19899 |
|    HALE AND DORR LLP | (302) 658-9200 |
| 60 State Street | jblumenfeld@mnat.com |
| Boston, MA  02109 | araucci@mnat.com |
| (617) 526-6000 |  |
|  | *Attorneys for Plaintiff Exelixis, Inc.* |
| Robert M. Galvin |  |
| Kevin J. O'Brien |  |
| WILMER CUTLER PICKERING |  |
|    HALE AND DORR LLP |  |
| 950 Page Mill Road |  |
| Palo Alto, CA  94304 |  |
| (650) 858-6000 |  |

October 29, 2019