IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IBSA INSTITUT BIOCHIMIQUE SA, IBSA PHARMA INC. and ALTERGON SA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) C.A. No. _____ |
| TEVA PHARMACEUTICALS USA, INC., | ) ) |
| Defendant. | ) |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs state:

1. IBSA Institut Biochemique SA ("IBSA") is a wholly owned subsidiary of IBSA Holding SA and no publicly held company owns 10% or more of the stock of IBSA;

2. IBSA Pharma Inc. ("IBSA Pharma") is a wholly owned subsidiary of IBSA Holding SA and no publicly held company owns 10% or more of the stock of IBSA Pharma; and

3. Altergon SA ("Altergon") has no parent corporation and no publicly held company owns 10% or more of the stock of Altergon.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian P. Egan

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227))
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

*Attorneys for Plaintiffs IBSA Institut Biochimique SA, IBSA Pharma Inc. and Altergon SA*

OF COUNSEL:

Jeffrey J. Oelke
Ryan P. Johnson
Laura T. Moran
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
(212) 430-2600

Erica R. Sutter
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 988-8500

November 8, 2019