**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ZIG ZAG INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**LEVITON MANUFACTURING CO., INC.,**<br><br>Defendant. | CIVIL ACTION NO.<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Zig Zag Innovations, LLC is a limited liability company located in Pennsylvania and has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: November 9, 2019               STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff*

1