# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VoiceAge EVS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Huizhou TCL Communication Co. Ltd.; TCL Mobile Communication (HK) Co., Ltd.; TCL Corporation; TCT Mobile (US) Holdings, Inc.; TCT Mobile, Inc.; TCT Mobile (US) Inc.; and TTE Technology, Inc.,<br><br>Defendants. | Case No. _____<br><br><br><br>**JURY TRIAL DEMANDED** |

## VOICEAGE EVS LLC'S DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Plaintiff VoiceAge EVS LLC ("VoiceAge EVS") hereby submits its corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

VoiceAge EVS is a wholly-owned subsidiary of CF VoiceAge Holdings LLC. No public company or corporation owns more than 10% of VoiceAge EVS's stock.

|  |  |
|---|---|
| Dated: November 19, 2019 | Respectfully submitted, |
|  | FARNAN LLP |
| *Of Counsel:* |  |
| Christopher A. Seidl | */s/ Michael J. Farnan* |
| Benjamen C. Linden | Brian E. Farnan (Bar No. 4089) |
| Robins Kaplan LLP | Michael J. Farnan (Bar No. 5165) |
| 800 LaSalle Avenue, Suite 2800 | 919 N. Market Street, 12th Floor |
| Minneapolis, Minnesota 55402 | Wilmington, Delaware 19801 |
| T: (612) 349-8500 | T: (302) 777-0300 |
| F: (612) 339-4181 | F: (302) 777-0301 |
| cseidl@robinskaplan.com | bfarnan@farnanlaw.com |
| blinden@robinskaplan.com | mfarnan@farnanlaw.com |

Andrea L. Gothing
Li Zhu
Robins Kaplan LLP
2440 W El Camino Real, Suite 100
Mountain View, California 94040
T: (650) 784-4040
F. (650) 784-4041
agothing@robinskaplan.com
lzhu@robinskaplan.com

Annie Huang
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, New York 10022
T: (212) 980-7400
F: (212) 980-7499
ahuang@robinskaplan.com

*Attorneys for Plaintiff VoiceAge EVS LLC*