**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACUITY BRANDS LIGHTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ULTRAVISION TECHNOLOGIES, LLC, <br><br> Defendant. | Civil Action No. <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Acuity Brands Lighting, Inc. ("Acuity") hereby states that Acuity Brands, Inc. is a parent corporation and owns 10% or more of the stock of Acuity Brands Lighting, Inc.

Dated:  November 27, 2019

**DUANE MORRIS LLP**

*/s/ Richard L. Renck*
Richard L. Renck (#3893)
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801
Telephone:  (302) 657-4900
Fax:  (302) 657-4901
rlrenck@duanemorris.com

*Counsel for Plaintiff
Acuity Brands Lighting, Inc.*

\*OF COUNSEL:

Matthew S. Yungwirth 1075
Glenn D. Richeson
Peachtree Street, Suite 2000
Atlanta, Georgia  30309
Telephone:  (404) 253.6900
Facsimile:  (404) 253.6901
msyungwirth@duanemorris.com
gdricheson@duanemorris.com

*\*pro hac vice* applications forthcoming