# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BIOGEN INTERNATIONAL GMBH

## DEFENDANTS
CIPLA LIMITED and CIPLA USA INC.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Steven J. Balick, Ashby & Geddes
500 Delaware Avenue, 8th Floor Wilmington, DE 19801
(302) 654-1888

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☒ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. §271

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE see attached
DOCKET NUMBER

DATE: 11/27/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ Steven J. Balick (#2114)

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

**SUPPLEMENT TO CIVIL COVER SHEET SECTION VIII (RELATED CASES)**

A. The following cases all have been filed in the District of Delaware and are hereby identified as related cases:

1. Biogen International GmbH and Biogen MA Inc. v. Amneal Pharmaceuticals LLC, C.A. No. 17-823-MN (Consolidated)

2. Biogen International GmbH and Biogen MA Inc. v. Aurobindo Pharma U.S.A., Inc., et al., C.A. No. 17-823-MN (dismissed)

3. Biogen International GmbH and Biogen MA Inc. v. Banner Life Sciences LLC, C.A. No. 18-582-LPS (dismissed)

4. Biogen International GmbH v. Banner Life Sciences LLC, C.A. No. 18-2054-LPS

5. Biogen MA Inc. v. Caribe Holdings (Cayman) Co. Ltd., et al., C.A. No. 18-121-LPS (dismissed)

6. Biogen International GmbH and Biogen MA Inc. v. Glenmark Pharmaceuticals Ltd., et al., C.A. No. 17-852-MN (dismissed)

7. Biogen International GmbH v. Hetero USA Inc., et al., C.A. No. 19-211-LPS (dismissed)

8. Biogen MA Inc. v. Impax Laboratories LLC, C.A. No. 17-826-LPS (dismissed)

9. Biogen International GmbH v. Impax Laboratories LLC, C.A. No. 18-350-LPS (dismissed)

10. Biogen International GmbH and Biogen MA Inc. v. Par Pharmaceutical, Inc., C.A. No. 17-873-LPS (dismissed)

11. Biogen MA Inc. v. Prinston Pharmaceutical Inc., C.A. No. 17-827-LPS (dismissed)

12. Biogen International GmbH and Biogen MA Inc. v. Sawai USA, Inc., et al., C.A. No. 17-875-MN (dismissed)

13. Biogen MA Inc. v. Sun Pharma Global FZE, C.A. No. 17-848-LPS (dismissed)

14. Biogen International GmbH and Biogen MA Inc. v. Teva Pharmaceuticals USA, Inc., C.A. No. 17-829-LPS (dismissed)

15. Biogen International GmbH v. Teva Pharmaceuticals USA, Inc., C.A. No. 17-1361-LPS (dismissed)

16. Biogen International GmbH v. Windlas Healthcare, Pvt. Ltd., C.A. No. 18-1361-MN (stayed)

**B. The following cases all have been filed in other districts, and are hereby identified as related cases:**

1. Biogen International GmbH and Biogen MA Inc. v. Accord Healthcare Inc., C.A. No. 17-612-WO-LPA (Middle District of North Carolina) (dismissed)

2. Biogen International GmbH and Biogen MA Inc. v. Mylan Pharmaceuticals Inc., C.A. No. 17-116-IMK (Northern District of West Virginia)

3. Biogen International GmbH and Biogen MA Inc. v. Par Pharmaceutical, Inc., C.A. No. 17-4984-JMF (Southern District of New York) (dismissed)

4. Biogen International GmbH and Biogen MA Inc. v. Sandoz Inc., C.A. No. 17-1606-MEH (District of Colorado) (dismissed)

5. Biogen International GmbH and Biogen MA Inc. v. Stason Pharmaceuticals, Inc. and Sawai Pharmaceutical Co., Ltd., C.A. No. 17-1133-CJC-JCG (Central District of California) (dismissed)

6. Biogen International GmbH and Biogen MA Inc. v. Zydus Pharmaceuticals (USA) Inc., C.A. No. 17-4857-BRM-LHG (District of New Jersey) (dismissed)

7. Biogen International GmbH v. Zydus Pharmaceuticals (USA) Inc., C.A. No. 18-8323-BRM-LHG (District of New Jersey) (dismissed)

8. Biogen International GmbH v. Zydus Pharmaceuticals (USA) Inc., C.A. No. 19-5987-BRM-LHG (District of New Jersey) (dismissed)