# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KARAMELION LLC,**<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**EZLO INNOVATION, LLC,**<br><br>　　　　　　　Defendant. | CASE NO. _____<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Karamelion LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

December 18, 2019

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

STAMOULIS & WEINBLATT LLC

 */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
800 N. West Street, Third Floor
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

**ATTORNEYS FOR PLAINTIFF
KARAMELION LLC**

1