## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EUGIA PHARMA SPECIALITIES LTD., AUROBINDO PHARMA LTD., and AUROBINDO PHARMA U.S.A., INC., <br><br> Defendants. | Civil Action No._____ |

### PLAINTIFF TAIHO ONCOLOGY INC.'S RULE 7.1
### CORPORATE DISCLOSURE STATEMENT

Plaintiff Taiho Oncology, Inc. by its undersigned attorneys, in accordance with Federal Rule of Civil Procedure 7.1(a), states that it is a wholly-owned subsidiary of Taiho Pharmaceutical Co., Ltd., which is not a publicly held corporation.  Taiho Pharmaceutical Co., Ltd. is a wholly-owned subsidiary of Otsuka Holdings Co., Ltd.  The shares of Otsuka Holdings Co., Ltd. are publicly traded.

ASHBY & GEDDES

By: _____
Steven J. Balick (#2114)
Andrew Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com
*Attorneys for Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc.*

{01518752;v1 }

*Of Counsel:*

Michael D. Kaminski
Liane M. Peterson
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Dated: December 19, 2019